MCC:DCP

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

    **v**

**RUBIK AVETYAN**
**ALLEN AVETYAN**
**ALFRED AVETYAN**

) CRIMINAL NO. 1:09- CR-217
)
) Chief Judge Kane
)
)
)
)
)

FILED
HARRISBURG

JUL 1 5 2009

MARY E. D'ANDREA, CLERK
Per_____
        Deputy Clerk

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNTS 1-23

Mail Fraud (18 USC § 1341)
Aiding and Abetting (18 USC § 2)

From on or about July 2008 continuing through on or about May 2009,

within the Middle District of Pennsylvania and elsewhere, the defendants,

### RUBIK AVETYAN
### ALLEN AVETYAN
### ALFRED AVETYAN

along with others both known and unknown to the grand jury did knowingly and

with intent to defraud, devised and participated in a scheme to defraud individuals

and companies whom they dealt with through the mails, over the phone, and over

the internet. The defendants did obtain money and property from these individuals

and companies by means of material false and fraudulent pretenses,

representations, and promises, and the concealment of material facts.

## BACKGROUND INFORMATION

The Federal Motor Carrier Safety Administration (FMCSA), an agency of the United States Department of Transportation ("DOT"), regulates safe and efficient travel of various motor carriers as well as carrying out the mission to reduce crashes, injuries, and fatalities involving large trucks and buses.  To do so, FMCSA developed and enforced regulations targeted at motor carriers, commercial drivers, and the public.  FMCSA requires registration, with a DOT number, and an Operating Authority for a motor carrier to meet qualifications. Once these requirements are met, FMCSA accepts and recognizes the motor carrier and posts the carrier in the Safety and Fitness Electronic Records System, abbreviated SAFER, which is accessible through the internet via www.safersys.org or http://safer.famcsa.dot.gov, which are addresses for an Internet website maintained by FMCSA.  FMCSA requires brokers and motor carriers, including trucking companies, to register on SAFER and provide information that includes the business name, business address, and business telephone number.  Furthermore, the public may access these systems to assess a motor carrier company.  Information such as number of drivers, crashes, insurance and bonds, inspections, and enforcement activity are maintained in SAFER.

2

At the times relevant to this Indictment, a user was required to provide a name and a valid credit card number on the SAFER website before the user could register a company on the system.

Loadboards are Internet websites that advertise available loads that are available for transport.  Brokers typically list loads available for carriers to transport, and carriers make bids to carry those loads.  Loadboards include: internettruckstop.com, DATConnect.com, getloaded.com, and 3sixty.com.

Within the transportation industry there are different types of businesses involved in the transportation of a load of freight.  A common occurrence is for a company that has goods it needs transported to contract with a brokering firm.  The brokering firm is responsible for finding a carrier that can move the goods from the point of origin to the destination.  The brokerage firm locates carriers by various means to include ongoing business relationships, and by posting the load on an electronic message board or loadboard.  Some examples of these electronic message boards are "truckstop.com" and "DAT."  Carriers that have the ability to transport these posted loads then contact the brokerage firm and contract to move the load.

Upon completion of the load the carrier normally bills the brokerage firm by sending them an invoice and the completed bill of lading either via the mails or

3

electronically.  The payment is then sent to the carrier either by check via the mails or electronically by wire transfer or via one of the companies that specialize in electronic payments for the trucking industry.  Some carriers request advances prior to the load being delivered to pay for fuel or other expenses.  These are usually paid electronically by one of the companies that specialize in electronic payments.

The brokerage firm is paid by the company that hired it to move the fright, making a profit on the margin.

Two of the companies that specialize in electronic payments for the transportation industry are CH Robinson, which issues T-Checks, and Comdata, which issues Comcheks.  These companies set up accounts for carriers and brokerage firms.  These firms can make payments to other companies or to drivers by issuing an express code.  This express code is entered onto a payment voucher or draft that can be cashed at a truck stop or bank just like a check.  These companies also offer debit cards that can be used to purchase fuel, goods or to withdraw cash at an ATM, depending on how the account is set up.

## THE SCHEME TO DEFRAUD

The fraudulent scheme was carried out in substance in the following manner:

4

### False Registration

The defendants accessed the FMCSA website and created a motor carrier, STATE TRANSPORT INC.  To do so, on July 22, 2008, the user logged onto the SAFER website.  The defendants accessed the Registration and Assistance link and US DOT Number/Operating Authority, also known as OP-1, contained within the site.  The defendants entered applicant information which distinguished the legal business name of STATE TRANSPORT INC, business address:  6301 Greyson Rd #229, Harrisburg, PA  17111, and telephone number (928) 201-3113.  The defendants requested authorization to operate a "Motor Property Common Carrier" and planned to operate vehicles having Gross Vehicle Weight Ratings of 10,000 pounds or more to transport non-hazardous commodities.

The defendants certified that the applicant has access to and is familiar with all applicable U.S. DOT regulations related to the safe operation of commercial vehicles and the safe transportation of hazardous materials and it will comply with these regulations.

The defendants failed to disclose any relationship held with any other FMCSA-regulated entity within the past three years.  The defendants previously held positions with:  Eternity Trucking and Express Freight Solutions, among others.

The defendants utilized the name SARKIS SARGISSZADEH - CEO to acknowledge the oath.  Specifically, on July 22, 2008, the defendants utilized the computer to make such a statement.  "I, SARKIS SARGISSZADEH - CEO, verify under penalty of perjury, under the laws of the United States of America, that all information supplied on this form or relating to this application is true and correct.  Further, I certify that I am qualified and authorized to file this application.  I know that willful misstatements or omissions of material facts constitute Federal criminal violations punishable under 18 U.S.C. 1001 by imprisonment up to 5 years and fines up to $10,000 for each offense.  Additionally, these misstatements are punishable as perjury under 18 U.S.C. 1621, which provides for fines up to $2,000 or imprisonment up to 5 years for each offense."

As a result of the Application for Motor Carrier and Broker Authority, the Federal Motor Carrier Safety Administration issued Docket No. MC-6523082 and DOT # 1794222.

Upon completion of this Federal Motor Carrier Safety Administration Form OP-1 Application for Motor Carrier and Broker Authority form, the website redirected the webpage to "Pay.gov".  This website collects credit card information and funds granted to the United States Government, and usually the General Fund.

The defendants utilized a credit card, in the name of Eduard MIKAELIAN,

to compensate the U.S. Government $300 for FMCSA Operating Authority. The address associated with the credit card was 15981 Yarnell St. #215, Sylmar, CA 91342.

Double Brokering

The defendants engaged in a scheme to defraud that is known in the transportation industry as "double brokering". This occurs when suspects, under the guise of operating a carrier, obtain a load from a brokerage firm. Then, using a different firm name, the suspects broker the load out to a legitimate carrier. In some cases the suspects get an advance payment from the original broker, in others they obtain the bill of lading from the legitimate carrier who transported the load, and forward this on to the brokerage firm in order to receive payment. The suspects obtain payment from the brokerage firm but fail to pay the carrier that actually delivered the load. Neither the brokerage firm nor the carrier that transports the load knows the load has been double brokered.

EVENT 1

On November 20, 2008, Churchill Freight Services entered into an agreement with STATE TRANSPORT INC. to haul a load from East Syracuse, NY to Laredo, TX for $2,100. STATE TRANSPORT INC. double brokered this load to ARROW TRUCK BROKERS INC who then brokered the load to First

7

Global Express.  STATE TRANSPORT INC demanded from Churchill Freight
Services an advance of half the payment, and demanded the remaining balance
prior to delivery.  On December 2, 2008, ARROW TRUCK BROKERS entered
into an agreement with First Global Express for $2,300. Churchill Freight Services
issued three ComCheks to State Transport Inc. totaling $3700.00 for loads that
were ultimately not carried by State Transport but that were double brokered.
These checks were deposited into Citibank checking account 202999066.

### EVENT 2

On November 20, 2008, Dynasty Transportation, Inc. entered into an
agreement with STATE TRANSPORT INC to haul a load from Lyons Falls, NY
to Sherman, TX, for $1,900.  On November 21, 2008, STATE TRANSPORT INC.
brokered the load to ARROW TRUCK BROKER INC which brokered the load to
American Landstar Inc. d.b.a. Ranger Road Star for $2,560.

### EVENT 3

On November 25, 2008, BTC Transport Systems entered into an agreement
with STATE TRANSPORT INC to haul a load from Benicia, CA to St. Louis, MO
for $2,700.  On or about November 28, 2008, STATE TRANSPORT INC.
brokered the load to ARROW TRUCK BROKER INC., who then brokered the
load to Klondike Logistics Inc. for $3,200.

8

EVENT 4

On November 25, 2008, Total Services, Inc. brokered a load to STATE
TRANSPORT INC. for $1,750 from Shelbyville, KY to New Braunfels, TX and
San Antonio, TX.  On November 26, 2008, Total Services, Inc. brokered a load to
STATE TRANSPORT INC. from Shelbyville, KY to New Braunfels, TX for
$1,700.  STATE TRANSPORT INC brokered both loads to ARROW TRUCK
BROKER INC, who then brokered the loads to DSV Express Inc.  On November
26, 2008, ARROW TRUCK BROKER INC. agreed to compensate DSV Express
$2,250 for the load from Shelbyville, KY to New Braunfels, TX and San Antonio,
TX.  On December 9, 2008, DSV Express, sent via US Mail, invoice #1635 for
$2,250 to ARROW TRUCK BROKER INC.

On December 3, 2008, Total Services, Inc. issued check number 8087 to
STATE TRANSPORT INC. for Invoice 1011 Quick Pay in the amount of $1,615
and entered this check in the U.S. Mail.  On December 3, 2008, Total Services,
Inc. issued check number 8104 to STATE TRANSPORT INC for Invoice 1023
Quick Pay in the amount of $1,662.50.

EVENT 5

On November 25, 2008, EA Logistics Brokers entered into an agreement
with STATE TRANSPORT INC to haul a load from Jersey City, NJ to Sonoma,

9

CA for $3,675.  On November 25, 2008, STATE TRANSPORT INC double-brokered the load to ARROW TRUCK BROKERS.  On November 25, 2008, ARROW TRUCK BROKERS entered into an agreement with Highway Freight Systems for $3,975 to haul the load from Jersey City, NJ to Sonoma, CA. Highway Freight Systems picked up the load on November 26, 2008 and arrived in Sonoma, CA on December 1, 2008.  On December 3, 2008, Highway Freight Systems used the mails to invoice ARROW TRUCK BROKERS.

### EVENT 6

On or prior to November 28, 2008, R2 Logistics Inc. entered into an agreement with STATE TRANSPORT INC. to haul a load from Frankfort, IN to Laredo, TX.  STATE TRANSPORT INC. brokered the load to ARROW TRUCK BROKERS INC, which then brokered the load to Countyline Freightways LLC for $2,790.  On December 1, 2008, Countyline Freightways LLC invoiced ARROW TRUCK BROKERS INC for $2,790 and placed the invoice in U.S. Mail on December 3, 2008.

### EVENT 7

On or about December 3, 2008, STEVENS TRANSPORT entered into an agreement with STATE TRANSPORT INC. to haul a load from Mechanicsburg, PA to Ft. Worth, TX for $1,500, and provided an advance of $600.  STATE

10

TRANSPORT INC. brokered the load to ARROW TRUCK BROKERS INC., who brokered the load to J.C. Triplett & Son's Moving Company for $2,000.  J.C. Triplett & Son's Moving Company utilized U.S. Express Mail to return the original bill of lading and Carrier Load Form to ARROW TRUCK BROKERS.

### EVENT 8

On December 4, 2008, Grace Transportation Logistics, Inc. entered into an agreement with "Sarkis S.", STATE TRANSPORT, INC to haul two loads from Hancock, MD to Pharr, TX for $1,800 each load.  On December 5, 2008, STATE TRANSPORT INC brokered these loads to ARROW TRUCK BROKER INC., which brokered the loads to Scott-Dale Cartage Inc. for $2,500.  On December 11, 2008, STATE TRANSPORT INC. invoiced Grace Transportation Logistics Inc. on invoice #1087 for $1,800; and on December 12, 2008, STATE TRANSPORT INC. invoiced Grace Transportation Logistics Inc. invoice #1101 for $1,800.  On December 11, 2008, Scott-Dale Cartage Inc. mailed two separate invoices, numbers 26913 and 26922, to ARROW TRUCK BROKERS INC. for $2,500 each load.

### EVENT 9

On December 9, 2008, Premier Logistics Services entered into an agreement with STATE TRANSPORT INC. to haul a load from Effingham, IL to Bell, CA

11

for $1,975.  STATE TRANSPORT INC requested and received a $790 advance,

via ComChek from Premier Logistics Services.  On December 9, 2008, STATE

TRANSPORT INC brokered the load to ARROW TRUCK BROKER INC, which

then brokered the load to Pacific 9 Lines, Inc. for $2,600.  On December 16, 2008,

Pacific 9 Lines, Inc. entered invoice 2305, dated December 12, 2008, into the U.S.

Mail for delivery to Harrisburg, PA.

> ### EVENT 10

On December 11, 2008, Pinnacle Transportation and Logistics agreed to

enter into an agreement with STATE TRANSPORT INC to haul a load from

Hamilton, OH to Dallas, TX for $1,450.  On December 12, 2008, STATE

TRANSPORT INC signed the Dispatcher Confirmation.  Pinnacle Transportation

and Logistics agreed to provide STATE TRANSPORT INC. an advance of $550

on this load, paid via ComChek, an electronic wire transfer that may be cashed at

any of the thousands of locations across the country that accept ComChek.  This

ComChek was deposited into a T-Chek account in the name of State Transport.

STATE TRANSPORT INC brokered the load to ARROW TRUCK BROKERS

which then brokered the load to Bestway Systems.  ARROW TRUCK BROKERS

agreed to pay Bestway Systems $2,640 to haul the same load that Pinnacle

Transportation and Logistics arranged for STATE TRANSPORT INC to haul.  On

December 15, 2008, STATE TRANSPORT INC. demanded from Pinnacle Transportation and Logistics another advance prior to delivery of the shipment. Pinnacle Transportation and Logistics issued an $827 ComChek to STATE TRANSPORT INC.   This check was cashed on December 17, 2008 by **RUBIK AVETYAN**.

Liquor Shipments

Between November 21, 2008 to November 24, 2008, Total Transportation Services (TTS) received a request from Patron Spirits, Las Vegas, NV to contract for two separate shipments of alcoholic beverages from their company to customers identified as the Virginia Alcohol and Beverage control (VABC), Richmond, VA and the North Carolina Liquor Beverage Board (LB&B), Raleigh, NC.  Both shipments were posted for advertisement on D.A.T. and within a few hours TTS received telephonic communication from a male identified as "LONNIE" representing State Transport Inc., Harrisburg, PA using telephone (717) 602-1070.  Documents including a vendor request form and D.O.T. authorization were faxed to State Transport Inc. at (717) 602-1071.  State Transport Inc. contracted for the shipments and returned the completed forms by fax to TTS.

On or about November 24, 2008 a tractor and trailer bearing California

13

registration #4JB5173 registered to Artin Vartany Massihy arrived at Patron Spirits, Las Vegas, NV The trailer was loaded with 935 cases of alcoholic beverages for shipment and delivery on December 1, 2008 to LB&B, Raleigh, NC. The trailer was photographed and sealed using a bolt seal #UL-100791.  The driver an unidentified Middle Eastern male signed the bill of lading "ARMANA" representing State Transport Inc. departed the location and traveled back to Hesperia, CA..

On or about November 24, 2008, a tractor and trailer bearing California Registration #4FM7336 registered to **RUBIK AVETYAN** and operated by **RUBIK AVETYAN** arrived at Patron Spirits, Las Vegas, NV.  The trailer was loaded with 972 cases of alcoholic beverages for shipment and delivery on December 2, 2008 to VABC, Richmond, VA.  The trailer was photographed and sealed using a bolt seal #UL-100790.  **RUBIK AVETYAN** signed the bill of lading "MARTIN V." and departed the location and traveled back to Hesperia, CA.

Between on or about November 24, 2008 to on or about December 3, 2008,**RUBIK AVETYAN** provided driver Kamal Farshi with a bill of lading and a sealed trailer for a shipment of 935 cases of Alcoholic beverages from Patron Spirits, Las Vegas, NV to LB&B, Raleigh, NC.   Farshi weighed the trailer and

14

found it to be significantly lighter in weight than indicated on the bill of lading made an inquiry with **RUBIK AVETYAN** and was told to rush the load to the destination and disregard the weight of the shipment.

Between on or about November 24, 2008 to on or about December 3, 2008, **RUBIK AVETYAN** provided driver Yohana Eshoe with a bill of lading and a sealed trailer for shipment of 972 cases of alcoholic beverages from Patron Spirits, Las Vegas, NV to VABC, Richmond, VA.  Eshoe weighed the trailer and found it to be significantly lighter in weight than indicated on the bill of lading made inquiry with **RUBIK AVETYAN** and was told to drive hard to Richmond and not worry about the weight.

On or about December 3, 2008 to on or about December 5, 2008, TTS received a request from Patron Spirits to contract for a shipment of alcoholic beverages from their company to VABC, Richmond, VA.  The shipment was subsequently contracted to Quaker Transportation, Lancaster, PA.  On or about these same dates, JFG International (Agent for Quaker Transportation) posted the shipment and subsequently received telephonic communication from an individual identified as "LONNIE" representing State Transport Inc., Harrisburg, PA. telephone number (717) 602-1070.  JFG International faxed documents including a contract to State Transport Inc. at (717) 602-1071.  State Transport Inc.

15

contracted for the shipment and returned the documents by fax to JFG International and requested an advance of funds in the amount of $1220.00 which was paid by T-Chek to an account for State Transport Inc. and controlled by the **AVETYANS**.

On or about December 3, 2008, Kamal Farshi arrived at LB&B, Raleigh, NC with the tractor and trailer provided by **RUBIK AVETYAN**.  The bolt seal #UL-100791 was cut off of the trailer and it was unloaded by employees.  At this time, employees discovered that 665 cases of alcoholic beverages were missing/stolen from the shipment.

On or about December 4, 2008 Yohana Eshoe arrived at VABC, Richmond, VA with the tractor and trailer provided by **RUBIK AVETYAN**.  The bolt seal was cut off the trailer and it was unloaded by employees.  At this time, employees discovered that 781 cases of alcoholic beverages were missing/stolen from the shipment.

On or about December 5, 2008, Ermis Veliz, owner of Veliz Transportation contracted with "LANNIE" representing Arrow Truck Brokers Inc., Harrisburg, PA telephone number (717) 602-1057 for a shipment of alcoholic beverages from Patron Spirits, Las Vegas, NV to VABC, Richmond, VA.  Veliz contracted with Arrow Truck Brokers Inc., completed documents provided and faxed them to

(717) 602-1058.  Veliz was instructed by "LANNIE" to pickup the shipment and instead of transporting it to Richmond, VA return the shipment to Hesperia, CA. On or about this same date, Veliz traveled to Patron Spirits, Las Vegas, NV and picked up a shipment of 985 cases of alcoholic beverages.  The shipment and trailer were photographed and sealed with bolt seal #UL-100761.

On or about December 5, 2008, Ermis Veliz met three Armenian male individuals at the Pilot Truck Stop, Hesperia, CA.  The three Armenian males removed the 985 cases of alcoholic beverages from Veliz's trailer to one of their own trailers.  Veliz provided these individuals with the bill of lading that he signed and he was compensated by T-Chek originally issued for payment to State Transport Inc.

On or about December 7, 2008, driver Marvin Dansby was contacted by Alfred AVETYAN to meet them at the Home Depot parking lot, Hesperia, CA to receive a trailer for shipment.  On or about this date, Dansby met with **ALFRED AVETYAN** and **RUBIK AVETYAN** who provided him with a trailer bearing California registration # 4EJ6189 registered to **RUBIK  AVETYAN** sealed with a plastic strap seal # 0342630 marked "May Trucking Comp". **ALFRED AVETYAN** also provided Dansby with a bill of lading signed by Ermis Veliz showing the shipment of 985 cases of alcoholic beverages from Patron Spirits, Las

17

Vegas, NV to VABC, Richmond, VA.  **ALFRED AVETYAN** instructed Dansby

not to have the trailer weighed because it was a light load and they wanted him to

quickly deliver it to the destination.

Between on or about December 5, 2008 to on or about December 10, 2008

JFG International received confirmation from LONNIE" at State Transport Inc.

that the shipment had been received.  JFG International was told that the truck was

delayed in Oklahoma and Tennessee for mechanical problems and they requested

another advance of $1000.00.  JFG International paid the $1000.00 by T-Check

deposited into an account for State Transport Inc. and controlled by the

**AVETYANS**.

On or about December 10, 2008, Dansby was stopped for a safety

inspection by the Arkansas Highway Police.  During the inspection process an

officer of the Arkansas Highway Police cut off the plastic strap seal #0342630 and

opened the trailer to find that 23 pallets totaling approximately 805 cases of

alcoholic beverages were missing/stolen from the shipment.  The Arkansas

Highway Police closed and re-sealed the trailer with a Arkansas Highway Police

plastic strap seal #0007733 and sent Dansby onto his destination.   During a

telephone conversation, **ALFRED AVETYAN** told Dansby that the remainder of

the shipment was being sent on another truck.

18

On or about December 12, 2008, driver Marvin Dansby arrived at the VABC, Richmond, VA.  Dansby was greeted by employees and ATFE agents. The Arkansas Highway Police seal #0007733 was cut from the trailer.  While unloading the trailer employees and ATFE agents found that 805 cases of alcoholic beverages were missing/stolen from the shipment.   The tractor and trailer operated by Dansby were seized for forfeiture by ATFE.

Means to Execute the Scheme

To execute the scheme the defendants incorporated "State Transport Inc." to act as a carrier and set up "Arrow Truck Brokers Inc." to act as a broker.  The defendants also set up private mail boxes at commercial mail receiving agencies in order to receive mail, set up a phone forwarding service and opened a bank account.

On or about July 3, 2008 private mail box #261, 11100-8 Sepluveda, Mission Hills CA 91345, was opened in person at a Mail Fax Plus Store.  The box was opened in the names of State Transport/ Arrow Truck Brokers/Sarkis Sargisszadeh. This box was opened by using a counterfeit California Driver's Commercial Driver's License bearing license #C0750742 in the name of Sarkis Sargisszadeh, and which bore a photo of **ALFRED AVETYAN**.

On or about July 9, 2008 private mail box #194, 8309 Laurel Canyon Blvd, Sun Valley, CA 91352 was opened in person at a UPS store.  The box was opened

in the names of State Transport/ Arrow Truck Brokers/Sarkis Sargisszadeh.  This box was opened by using a counterfeit California Driver's Commercial Driver's License bearing license #C0750742 in the name of Sarkis Sargisszadeh, and which bore a photo of **ALFRED AVETYAN**.

On or about July 9, 2008 private mail box # 229, 6301 Grayson Road, Harrisburg, PA was opened online using "copy.couriemore" in Lavell, Canada, a private firm that specializes in setting up private mail boxes for third parties.  The box was opened in the names of State Transport/ Arrow Truck Brokers/ Sarkis Sargisszadeh.  The ID used was a counterfeit California Driver's Commercial Driver's License bearing license #C0750742 in the name of Sarkis Sargisszadeh, and which bore a photo of **ALFRED AVETYAN**. The mail from this box was then forwarded to Box 261 11100-8 Sepluveda, Mission Hills, CA 91345.

On or about July 9, 2009 State Transportation and Arrow Truck Brokers incorporated online by using Incorporate.com.  Documents for the incorporation were sent to Box 229, 6301 Grayson Road, Harrisburg, PA on July 17, 2008 via FedEx.

On or about October 15, 2008 telephone forwarding company Access Direct was contacted by an individual who identified himself as Sarkis Zadh, 15981 Yarnell Street, Sylmar, CA 91342, requested telephone call

20

forwarding services in the name State Transport Inc.  This subject requested four (717) area code numbers and one (800) and directed Access Direct Inc. to forward inbound calls to telephone numbers (818)-830-0044,  (818) 830-8222 and (818) 830-8666.

The following numbers were established:

| NUMBER ESTABLISHED | FORWARDED TO |
|---|---|
| 717-602-1071 | 818-830-0044 (fax) |
| 717-602-1070 | 818-830-8222 (voice) |
| 717-602-1058 | 818-830-8666 (fax) |
| 717-602-1057 | 1-800-924-1860 |
| 1-800-924-1860 | 818-830-8222 (voice) |

818-830-8222 and 818-830-8666 are Verizon phone numbers established by State Transport, 8942 Woodman Ave, suite B5, Pacoima, CA 91331.  The Verizon account was paid for using Debit MasterCard 5571 3239 9735 6591.

On or about November 6, 2008 Citibank checking account 202999066 was opened in the name of State Transportation/ Sarkis Sargisszadeh with address of 11100 Sepluveda Blvd, Suite 261, Mission Hills, CA 91395.  Debit MasterCard 5571 3239 9735 6591 is assigned to this account.  Surveillance photos were obtained for this account and photos show both **ALFRED AVETYAN** and **ALLEN AVETYAN** using this account.

On or about November 19, 2008 T-Check account 49088 was set up in the name of State Transport, 6301 Grayson Road #229, Harrisburg PA 17111 in the name of Sarkis Sargisszadah.

Use of the Mails

On or about the dates set forth below, in the Middle District of Pennsylvania and elsewhere the defendants, for the purpose of executing and attempting to execute the above described scheme to defraud, willfully caused the following items to be placed in an authorized depository for mail matter to be sent or delivered by the Postal Service or caused to be deposited any matter or thing to be sent or delivered by any private or commercial interstate carrier, and did aid and abet.

| DATE | MAILED FROM | MAILED TO | ITEM |
|---|---|---|---|
| 07/17/08 Count 1 | 101incorprate.com 2756 N Green Valley Parkway #600 Henderson, NV 89014 | Sarkis Sargisszadeh Arrow Truck Brokers INC 6301 Grayson Road #229 Harrisburg, PA 17111 | Incorporation documents for Arrow Truck Brokers and State Transportation |
| 01/06/08 Count 2 | Grace Transportation Logistics Inc. 11327 Gibb Whitmire Road Prairie Grove, AR 72753 | State Transport Inc 8309 Laurel Canyon Blvd #194 Sun Valley, CA 91352 | Check #2654 for $3400.00 |

| | | | |
|---|---|---|---|
| 12/10/08 Count 3 | Scott Dale Cartage Inc PO Box 559 Gardendale, AL 35071 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice 26913 for $2500.00 |
| 12/11/08 Count 4 | Scott Dale Cartage Inc PO Box 559 Gardendale, AL 35071 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice 26922 for $2500.00 |
| 12/17/08 Count 5 | Team Transportation PO Box 105 Winnsboro, TX 75494 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice 8309 for $2400.00 |
| 01/21/09 Count 6 | Team Transportation PO Box 105 Winnsboro, TX 75494 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice 8780 for $1950.00 |
| 12/03/08 Count 7 | Highway Freight Systems 4115 Hummingbird Lane Bethlehem, PA 18020 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice 5017 for $3975.00 |
| 12/04/08 Count 8 | EA Logistics PO Box 66459-O'hare Chicago, IL 60666 | State Transport Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Check # 116827 for $3675.00 |
| 12/15/08 Count 9 | First Global Express Inc. 720 Kennon Road Rockford, Il 61109 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice # 1687 for $2300.00 |

| | | | |
|---|---|---|---|
| 12/13/08 Count 10 | J.C. Triplett Moving 4701 West Worth Ave Milwaukee, WI 53218 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Bill of Lading 004085410 |
| 12/16/08 Count 11 | Pacific 9 Lines Inc. 161 West Victoria Street #265 Long Beach, CA 90805 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice # 2305 for $2600.00 |
| 12/10/08 Count 12 | Dynasty Transportation, LLC Po Box 91825 Lafayette, LA 70509 | State Transport Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Check # 44174 for $2155.00 |
| 12/03/08 Count 13 | Countyline Freightways LLC 2435 Kentucky Ave, Bldg 1 Indianapolis, IN 46221 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice #0811089 for $2790.00 |
| 12/05/08 Count 14 | R2 Logistics Inc. PO Box 407 Mt. Pleasant, MI 48804 | State Transport Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Check #8140 for $1598.00 |
| 12/09/08 Count 15 | DSV Express Inc. 13311 West Cedar Creek Court Homer Glenn, IL 60491 | Arrow Truck Brokers Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Invoice # 1635 for $2250.00 |
| 12/03/08 Count 16 | Total Services Inc. PO Box 18034 Louisville, KY 40218 | State Transport Inc. 6301 Grayson Road #229 Harrisburg, PA 17111 | Check # 8104 for $1662.50 |

| | | | |
|---|---|---|---|
| 12/03/08<br>Count 17 | Total Services Inc.<br>PO Box 18034<br>Louisville, KY 40218 | State Transport Inc.<br>6301 Grayson Road<br>#229<br>Harrisburg, PA 17111 | Check # 8087<br>for $1615.00 |
| 12/08/08<br>Count 18 | Klondike Logistics Inc.<br>2724 North Hessing St.<br>River Grove, IL 60171 | Arrow Truck Brokers<br>Inc.<br>6301 Grayson Road<br>#229<br>Harrisburg, PA 17111 | Invoice # #M<br>203 |
| 12/10/08<br>Count 19 | B.T.C. Transport Systems<br>Inc.<br>39 Hewson Ave.<br>Waldwick, NJ 07463 | State Transport Inc.<br>6301 Grayson Road<br>#229<br>Harrisburg, PA 17111 | Check # 4082<br>for $765.00 |
| 12/08/08<br>Count 20 | R2 Logistics Inc.<br>PO Box 407<br>Mt. Pleasant, MI 48804 | State Transport Inc<br>8309 Laurel Canyon<br>Blvd<br>#194<br>Sun Valley, CA 91352 | Check # 8232<br>for $1598.00 |
| 12/11/08<br>Count 21 | R2 Logistics Inc.<br>PO Box 407<br>Mt. Pleasant, MI 48804 | State Transport Inc<br>8309 Laurel Canyon<br>Blvd<br>#194<br>Sun Valley, CA 91352 | Check # 8276<br>for $1568.00 |
| 12/23/08<br>Count 22 | B.T.C. Transport Systems<br>Inc.<br>39 Hewson Ave.<br>Waldwick, NJ 07463 | State Transport Inc<br>8309 Laurel Canyon<br>Blvd<br>#194<br>Sun Valley, CA 91352 | Check # 4208<br>for $730 |
| 12/19/08<br>Count 23 | Five Star Trucking<br>LTD<br>4380 Glenbrook Road<br>Willoughby, OH 44097 | State Transport Inc<br>8309 Laurel Canyon<br>Blvd<br>#194<br>Sun Valley, CA 91352 | Check # 301732<br>for $812.50 |

All in violation of Title 18, United States Code, Section 1341 and 2.

25

**THE GRAND JURY FURTHER CHARGES THAT:**

<u>**COUNTS 24-38**</u>

Wire Fraud (18 USC § 1343)
Aiding and Abetting (18 USC § 2)

From on or about November 2008 to on or about December 2008, in the

Middle District of Pennsylvania and elsewhere, the defendants,

**RUBIK AVETYAN**
**ALLEN AVETYAN**
**ALFRED AVETYAN**

for the purpose of executing and attempting to execute the above described

scheme to defraud did transmit or cause to be transmitted by means of wire

communication in interstate or foreign commerce any writings, signs or signals;

specifically electronic transmissions of express codes authorizing payments, and

did aid and abet.

<u>WIRE TRANSMISSIONS</u>

| DATE | COMPANY | EXPRESS CODE | AMOUNT | CHECK # |
|---|---|---|---|---|
| 12/05/08 Count 24 | Burbex Inc. | COMCHEK 2145505017 | $694.00 | 241969867 |
| 12/15/08 Count 25 | Burbex Inc. | COMCHEK 21455050255990583344 753 | $569.00 | 621091559 4 |

| 12/15/08<br>Count 26 | Pinnacle | COMCHEK<br>59291019201689 | $550.00 | 6210915583 |
| 12/17/08<br>Count 27 | Pinnacle | COMCHEK<br>592910192135963353 | $827.00 | 5266421484 |
| 12/26/08<br>Count 28 | Churchill | COMCHEK<br>077183982814342018 | $1050.00 | 5266421602 |
| 12/26/08<br>Count 29 | Churchill | COMCHEK<br>077183983077802183 | $1600.00 | 5266421451 |
| 12/26/08<br>Count 30 | Churchill | COMCHEK<br>077183983567944735 | $1050.00 | 5266421440 |
| 11/28/08<br>Count 31 | Stevens<br>Transport | TCHEK<br>2138365509258697 | $600.00 | |
| 12/03/08<br>Count 32 | Stevens<br>Transport | TCHEK<br>2138365614273123 | $800.00 | |
| 12/03/08<br>Count 33 | Stevens<br>Transport | TCHEK<br>2138365614354487 | $600.00 | |
| 12/04/08<br>Count 34 | Stevens<br>Transport | TCHEK<br>2138365615753367 | $600.00 | |
| 12/05/08<br>Count 35 | Stevens<br>Transport | TCHEK<br>2138365618075925 | $600.00 | |
| 12/12/08<br>Count 36 | Stevens<br>Transport | TCHEK<br>2138365626565591 | $550.00 | |
| 12/12/08<br>Count 37 | Stevens<br>Transport | TCHEK<br>2138365626642069 | $650.00 | |
| 12/15/08<br>Count 38 | Premier<br>Logistics | COMCHEK<br>169340861940972359 | $766.30 | 6210916924 |

All in violation of Title 18, United States Code, Section 1343 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

**COUNT 39**

Aggravated Identity Theft (18 USC § 1028A)
Aiding and Abetting (18 USC § 2)

Beginning in July 2008 and continuing throughout the scheme the defendants,

**RUBIK AVETYAN**
**ALLEN AVETYAN**
**ALFRED AVETYAN**

did knowingly transfer, possess, or use, without lawful authority the means of identification of another person; specifically the name of Sarkis Sargisszadeh and the California Commercial Driver's license number C0750742 belonging to Sarkis Sargisszadeh during and in relation to the violations of Mail Fraud and Wire Fraud, and did aid and abet.

All in violation of Title 18, United States Code, Section 1028A and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

**COUNT 40**

Conspiracy (18 USC § 371)
Aiding and Abetting (18 USC § 2)

From on or about July 2008 and continuing through on or about the date of this indictment, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere,  the defendants,

28

**RUBIK AVETYAN**
**ALLEN AVETYAN**
**ALFRED AVETYAN**

along with others known and unknown to the Grand Jury, did conspire and agree to commit an offense against the United States and one or more of them did an act to effect the object of the conspiracy, namely mail fraud, wire fraud, aggravated identity theft, false statements, fraud in connection with computers, and theft from interstate shipment.

## MANNER AND MEANS

1. It was a part of the purpose of the conspiracy that its members would use various means, including computers, the mails and wire communication to obtain money, property, and other items of value from individuals and companies.

2. It was a further part of the purpose of the conspiracy that its members would use false and fraudulent statements and identification to obtain money, property, and other items of value from the United States government, individuals and companies.

3. It was a further part of the purpose of the conspiracy that its members would obtain and attempt to obtain shipments in interstate commerce so that they could, and did, remove the contents in whole or in part without permission.

4. It was a further part of the purpose of the conspiracy that its members would obtain and attempt to obtain personal information and identification of others in order to mislead others about their true identity and intentions.

5. It was a further part of the purpose of the conspiracy that its members would provide false information and use corrupt persuasion to prevent information about their activities from being provided to law enforcement.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendants:

**RUBIK AVETYAN**
**ALLEN AVETYAN**
**ALFRED AVETYAN**

along with others both known and unknown to the Grand Jury, did commit and cause to be committed various overt acts, including but not limited to those acts set forth in counts 1 through 39 and which are hereby incorporated by reference. Each paragraph and count is designated as a separate overt act committed in furtherance of the conspiracy and to effect the objects thereof.

All in violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES THAT**:

## <u>COUNT 41</u>

Forfeiture (18 USC §§ 981, 982)

The Grand Jury hereby incorporates by reference the allegations contained in paragraphs 1 through 4, *supra* for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981 and 982.

Upon conviction of any of the offenses alleged in Counts 1 - 40 of this Indictment, the Defendants,

**RUBIK AVETYAN**
**ALLEN AVETYAN**
**ALFRED AVETYAN**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18,United States Code, Section 982 and Title 28, United States Code, 2461 any property, real or personal, constituting or derived from proceeds obtained directly or indirectly, as a result of the said violation of the aforesaid offenses, including but not limited to the following:

(a) United States currency in the amount of $ 1,060,902.26 and all interest and proceeds traceable thereto, in that such sum in the aggregrate is property which was involved in the aforestated offenses and is traceable to such property in violation of Title 18, United

31

States Code, Section 371,1028(a), 1341 and/or 1343.

If any of the above-described forfeitable property, as the result of any act or admission of the Defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold, sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Courts; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be derived without difficulty; it is the intent of the United States pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

In violation of Title 18, United States Code, Sections 981, 982.

_____
Foreperson, Grand Jury

7/15/09
_____
Date

_____
MARTIN C. CARLSON
United States Attorney

32